# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-CR-00219-RJC-DCK

| USA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GARRETT AKEEM COVINGTON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 18), of the Indictment, (Doc. No. 3), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 18), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: June 7, 2017

_____
Robert J. Conrad, Jr.
United States District Judge